USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/6/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DEMETRIUS WINGO,

                      Defendant.

17 Cr. 611-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The violation of supervised release hearing scheduled for February 13, 2024, is ADJOURNED to **February 20, 2024**, at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: February 6, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge