UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEMETRIUS WINGO,

                         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/04/2024

17 Cr. 611-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Pursuant to the Court's order dated February 20, 2024, Defendant's sentencing submission was due by February 27, 2024. *See* ECF No. 905. That submission is now overdue.

      By **March 5, 2024**, at **12:00 p.m.**, Defendant shall file his sentencing submission and a letter explaining the delay. The Government's deadline to file its submission is adjourned to **March 7, 2024**.

      SO ORDERED.

Dated: March 4, 2024
          New York, New York

                                                    ANALISA TORRES
                                     United States District Judge