```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/10/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

DEMETRIUS WINGO,

                     Defendant.

**ORDER**

ANALISA TORRES, District Judge:

    The status conference in this matter scheduled for January 13, 2025, is ADJOURNED to **January 21, 2025**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                               ANALISA TORRES
                                          United States District Judge