```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

17 Cr. 611-3 (AT)

DEMETRIUS WINGO,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

    Sentencing in this matter is scheduled for **April 7, 2025**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.  By **March 17, 2025**, Defendant shall file his sentencing submission.  By **March 24, 2025**, the Government shall file its sentencing submission.

    SO ORDERED.

Dated: February 4, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge